J. R. Perkins, III
lawyer - OSB 71-131
109 East Fifth Street
The Dalles, OR 97058
Telephone 541-296-1127

FILED

FEB 09 2007

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re | Case No. 06-00098 |
| Michael J. Erickson, and<br>Debra J. Erickson, | FINDINGS OF FACT AND CONCLUSIONS OF LAW INCIDENT TO CONFIRMATION OF FIRST AMENDED CHAPTER 12 PLAN |
| Debtors | |

THIS MATTER having come before the Court this day for confirmation by telephone, and the Court having reviewed the declaration of the debtors and having heard their statements under oath as well as the statements of counsel for the parties and the Chapter 12 Trustee, and the Court having reviewed the Plan and the Trustee's Confirmation Summary, and the Court otherwise deeming itself fully informed in the premises, now, therefore, makes the following

1. FINDINGS OF FACT

   a. The above-captioned voluntary petition was filed on January 26, 2006.

   b. The first Chapter 12 Plan was filed in this matter on October 8, 2006. There were four objections to the Plan as filed. The first objecting creditor was RABO Ag Services. The objection has been resolved by the First Amend Plan and the parties stipulating to the value of the assets securing this creditors's claim

Page 1 - Findings of Fact and Conclusions of Law - In Re Erickson case no. 06-00098

J. R. Perkins, III, P.C.
Lawyer - OSB 71-131
109 East Fifth Street
The Dalles, OR 97058
Phone: 541-296-1127

06-00098-FLK12    Doc 114    Filed 02/09/07    Entered 02/09/07 16:31:21    Pg 1 of 3

and the creditor amending its claim. The second objecting creditor is First National Leasing. Its objection as to the periodic payments was resolved by the creditors acceptance of the annual payments as provided in the amended plan and it objection as to the applicable interest rate is resolved by the First Amended Plan. The third objecting creditor is GMAC. GMAC objected as to the value of its collateral and as to the interest rate applicable to its claim. These objections are resolved by the First Amended Plan. GMAC is treated as fully secured and the contract interest rate is provided for in its claim. The fourth objection was by the IRS. The objections of the IRS have been cured by the making of required deposits and/or the filing of all required tax returns.

c. All creditors were given notice of the First Amended Plan.

d. The First Amended Plan is amended in the following respects and such amendment does not adversely effect any creditor:

On page 7, line 26, the sentence "This is a pure lease." is stricken.

e. All fees, charges or amounts required to be paid under Chapter 12 of Title 28 U.S.C., or by the Plan, to be paid before confirmation have been paid. Any amounts determined by the Trustee to be paid to unsecured creditors will be paid on confirmation or annually on December 15 of each year of the Plan. The court has reviewed the debtors' budget which is attached to their declaration and it appears that the debtors will be able to make all payments to creditors as set forth in the.

NOW, THEREFORE, from these FINDINGS OF FACT, the court makes the following:

2. CONCLUSIONS OF LAW

a. The debtors' Plan complies with Chapter 12 and other applicable provisions of Title 28 U.S.C.

Page 2 - Findings of Fact and Conclusions of Law - In Re Erickson case no. 06-00098

J. R. Perkins, III, P.C.
Lawyer - OSB 71-131
109 East Fifth Street
The Dalles, OR 97058
Phone: 541-296-1127

    b.    Each secured claim has accepted the Plan and will receive full payment of its secured claim and shall retain its lien until such payment has been made.

    c.    The debtors will be able to make all payments and comply with all provisions of their Plan.

    d.    The Chapter 12 Trustee shall receive compensation pursuant to 28 U.S.C. 5 586(e)(I)(B)(ii).

    e.    The Plan has been proposed in good faith and not by any means forbidden by law.

Presented by:

_____
J. R. Perkins, III OSB #71131
Attorney for Debtors
109 East Fifth Street
The Dalles, OR 97058

Approved as to form and content

_____
Ford Elsaesser
Chapter 12 Trustee

So Ordered this 9th day of Feb., 2007

*[signature]*

Judge

Page 3 - Findings of Fact and Conclusions of Law - In Re Erickson case no. 06-00098

J. R. Perkins, III, P.C.
Lawyer - OSB 71-131
109 East Fifth Street
The Dalles, OR 97058
Phone: 541-296-1127